**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
—————————————————————X

**R.C. and M.C.** individually, and on behalf of their child, **R.C.**, a minor,

Plaintiffs,

      -against-

**Garden City Union Free School District**

Defendant.
—————————————————————X

**ADMINISTRATIVE REVIEW OF ERRONEOUS STATE REVIEW OFFICER DECISION**

Civ. No. 2:24-cv-8328-LGD

Individuals with Disabilities Education Act;
N.Y. Educ. Law § 4401 *et seq*.

# NOTICE OF MOTION FOR
# JUDGMENT ON THE ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE, that on the Declaration of Benjamin J. Hinerfeld, dated August 8, 2025, the accompanying Memorandum of Law, and upon the Certified Administrative Record before the State Review Officer, the undersigned will move this Court before the Honorable Lee G. Dunst United States Magistrate Judge, at the United States Courthouse located at 100 Federal Plaza, Courtroom 830, Central Islip, New York 11722 on September 12, 2025 for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure for judgment on the administrative record, in favor of Plaintiffs. R.C. & M.C. on behalf of R.C., reversing and vacating, in part, the October 31, 2024 decision of the State Review Officer (SRO) No. 24-377 in the matter of the Application of the Board of Education of the Garden City Union Free School District.

Plaintiffs ask the Court for the following relief:

- A finding that that the SRO erred when it reversed the IHO's FOFD, in part.

- A finding vacating the SRO's decision and reinstating the IHO's decision, with modifications as requested in this action. Specifically, they ask the Court to reinstate:

    - The IHO's award to Parents 240 hours of compensatory education at $200/hour, to be used for occupational therapy and reading services for R.C., with the modification that the funds may be used for two years after the District complies with the Court's order.

    - Additional compensatory education, as the Court deems appropriate, for the District's unlawful denial of Parents' right to participate in a May 19, 2022 Meeting of the Committee on Special Education.

- A finding that Parents are prevailing parties under the IDEA.

- An award to Parents of reasonable attorneys' fees, costs and expenses.

- An award to Parents pre- and post-judgment interest.

- An award for any other relief this Court deems appropriate.


Dated: August 8, 2025
Plymouth, Massachusetts

Respectfully Submitted,

/s/ Benjamin J. Hinerfeld

Benjamin J. Hinerfeld
**LAW OFFICES OF BENJAMIN J. HINERFELD**
Attorneys for Plaintiffs
9 Stoddard Street
    Plymouth, MA 02360
1528 Walnut Street,  Suite 1100
    Philadelphia, PA 19102
447 Broadway 2nd Floor
    New York, NY 10013
Office (508) 591-0385
Cell (215) 694-7432
Fax (215) 689-2423
Ben@hinerfeldlaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____X

**R.C. and M.C.** individually, and on behalf of their child, **R.C.**, a minor,

Plaintiffs,

    -against-

**Garden City Union Free School District**

Defendant.
_____X

**ADMINISTRATIVE REVIEW OF STATE REVIEW OFFICER DECISION**

Civ. No. 2:24-cv-8328-LGD

Individuals with Disabilities Education Act;
N.Y. Educ. Law § 4401 _et seq_.

## CERTIFICATE OF SERVICE

    I, Benjamin J. Hinerfeld, certify that on August 8, 2025, I served _via electronic mail_ the above Notice of Motion for Judgment on the Administrative Record, along with a supporting Memorandum of Law, and a Declaration by the undersigned in support of the instant motion on John P. Sheahan, Esq., counsel for Defendant, Garden City Union Free School District.

Dated: August 8, 2025
Plymouth, Massachusetts

/s/ Benjamin J. Hinerfeld
Benjamin J. Hinerfeld
**LAW OFFICE OF BENJAMIN J. HINERFELD**
Attorneys for Plaintiffs
9 Stoddard Street
   Plymouth, MA 02360
1528 Walnut Street,  Suite 1100
   Philadelphia, PA 19102
447 Broadway 2nd Floor
   New York, NY 10013
Office (508) 591-0385
Cell (215) 694-7432
Fax (215) 689-2423
Ben@hinerfeldlaw.com