UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

**R.C. and M.C.** individually, and on behalf of their child, **R.C.**, a minor,

Plaintiffs,

    -against-

**Garden City Union Free School District**

Defendant.
_____X

ADMINISTRATIVE REVIEW OF STATE REVIEW OFFICER DECISION

Civ. No. 2:24-cv-8328-LGD

Individuals with Disabilities Education Act;
N.Y. Educ. Law § 4401 *et seq*.

# Declaration of Benjamin J. Hinerfeld in Support of Plaintiffs' Motion for Judgment on the Administrative Record.

1. I am the Owner and Principal of the Law Office of Benjamin J. Hinerfeld.

2. I serve as counsel to Plaintiffs, R.C. and M.C. on behalf of R.C.

3. I make this Declaration in support of Plaintiffs Motion for Judgment on the Administrative Record, supporting the claims asserted in Plaintiffs' December 4, 2024 Complaint. ECF 1.

4. Plaintiffs' Motion for Judgment on the Administrative Record is based on the Certified Administrative Record before the State Review Officer (SRO) in Appeal No. 24-377 entitled *in the Matter of the Application of the Board of Education of the Garden City Union Free School District*, which was filed in this Court on April 23, 2025 by Alan Fitzpatrick, Associate Attorney and custodian of records of appeals to the New York Education Department, Office of State Review.

5. Mr. Fitzpatrick certified to the accuracy and completeness of the record file with the Court and relied upon by the SRO in Appeal No. 24-377 and the Index to the Certified Administrative Record relied upon by the SRO in Appeal No. 24-377.

6. I affirm that the foregoing statements are true. I am aware that if they are willfully false, I am subject to punishment.

| | |
|---|---|
| Dated: August 8, 2025<br>Plymouth, Massachusetts | Respectfully Submitted,<br><br>/s/ Benjamin J. Hinerfeld<br><br>Benjamin J. Hinerfeld<br>**LAW OFFICE OF BENJAMIN J. HINERFELD**<br>Attorneys for Plaintiffs<br>9 Stoddard Street<br>   Plymouth, MA 02360<br>1528 Walnut Street,  Suite 1100<br>   Philadelphia, PA 19102<br>447 Broadway 2nd Floor<br>   New York, NY 10013<br>Office (508) 591-0385<br>Cell (215) 694-7432<br>Fax (215) 689-2423<br>Ben@hinerfeldlaw.com |