UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

R.C. and M.C., Individually and on Behalf Of their Child, a Minor,

Plaintiffs,

v.

GARDEN CITY UNION FREE SCHOOL DISTRICT,

Defendant.

**NOTICE OF APPEAL**

Docket No. 2:24-CV-8328

NOTICE IS HEREBY GIVEN that the GARDEN CITY UNION FREE SCHOOL DISTRICT, Defendant in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Second Circuit from the decision of the District Court for the Eastern District of New York granting the Parents' Motion for Summary Judgement and denying the District's Motion for Summary Judgement, entered in this action on the 14th day of April, 2026.

DOUGLAS A. SPENCER

GUERCIO & GUERCIO, LLP
***Attorneys for the Defendant***
***Garden City Union Free***
***School District***
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000
dspencer@guerciolaw.com